UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | EDCV 12-638 DSF (AJWx) | Date | 5/1/12 |
|---|---|---|---|
| Title | Wells Fargo Bank, NA, etc. v. Dalisay Osilaja | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of San Bernardino

   This matter was removed from state court on April 26, 2012, based on diversity jurisdiction. However, the complaint, on its face, seeks damages not to exceed $10,000. Defendant has not demonstrated to a legal certainty that the amount in controversy exceeds $75,000. And while the notice of removal mentions potential federal law issues, federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

   The case is REMANDED to the Superior Court of California, County of San Bernardino.

   IT IS SO ORDERED.